JS - 6
O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL AVILA III, | NO. SACV 17-2033-JGB (AGR) |
| Petitioner, | JUDGMENT |
| v. | |
| JOE A. LIZARRAGA, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: September 12, 2018

JESUS G. BERNAL
United States District Judge